# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Vari-Volt Technologies, LLC** § § | |
| **v.** § § | Case No. 6:16-cv-1047-RWS-KNM |
| **Vision High-Tech Electronics Limited, a Chinese Corporation** § § § | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vari-Volt Technologies, LLC has filed a notice of dismissal, without prejudice, with respect to Defendant Vision High-Tech Electronics Limited, a Chinese Corporation. Doc. No. 10. The Court is of the opinion that said notice should be **ENTERED**.

Accordingly, and pursuant to the notice, it is **ORDERED** that the action is hereby **DISMISSED against Defendant Vision High-Tech Electronics Limited, a Chinese Corporation**.

SIGNED this 9th day of February, 2017.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE